# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2019

158416

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

EDWARD MICHAEL CZUPRYNSKI,
      Defendant-Appellee.

SC: 158416
COA: 336883
Bay CC: 16-010157-FH

_____/

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

By order of December 21, 2018, the parties were directed to provide supplemental briefing. On order of the Court, the briefs having been received, the application for leave to appeal the August 2, 2018 judgment of the Court of Appeals is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2019

Clerk

t0522